# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0053.  ALISSA DIEGO v. THE STATE.**

In April 2017, Alissa Diego was convicted of criminal trespass and sentenced to 12 months of probation.  On May 15, 2017, the trial court entered an order revoking 30 days of her probation.  On June 19, 2017, Diego filed her pro se notice of appeal from the trial court's order revoking her probation.  We, however, lack jurisdiction for at least two reasons.

First, in order to appeal the revocation of her probation, Diego was required to file an application for discretionary appeal.  OCGA § 5-6-35 (a) (5); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998).  Her failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal.

Second, even if Diego had a right of direct appeal here, this appeal is untimely.  A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Diego filed her notice of appeal 35 days after entry of the order she seeks to appeal, thus her appeal is untimely.

For the above reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __08/11/2017__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*